UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SERRATO,<br><br>        Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>        Defendants. | Case No. 23-cv-03203-RFL<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable P. Casey Pitts for consideration of whether the case is related to *Falcon v. Koenig, et al.*, Case No. 22-cv-06978 PCP.

**IT IS SO ORDERED.**

Dated: November 5, 2024

RITA F. LIN
United States District Judge

1